THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Alan Duane
 Rose, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Spartanburg County
 J. Derham Cole, Post Conviction Relief
 Judge
Memorandum Opinion No. 2009-MO-002
Submitted January 7, 2009  Filed January
 12, 2009   
AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General S. Prentiss Counts, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: 
 Petitioner seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari and proceed with a review of the direct appeal issue pursuant
 to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioner
 contends he did not knowingly and intelligently waive his Fifth Amendment right
 not to testify at trial because the trial judge informed him of this right in
 the presence of the jury.  
Although
 the trial judge did inform petitioner, in the presence of the jury, of his
 right not to testify, no objection was made.  Thus, this issue is not preserved
 for review.  State v.
 Hoffman, 312 S.C. 386,
 440 S.E.2d 869 (1994) (a
 contemporaneous objection is required to properly preserve an error for
 appellate review).  We affirm petitioners convictions and
 sentences.
AFFIRMED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.